**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-CR-00137-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LANCE L. GRANGER | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Lance L. Granger before Magistrate Judge Carol B. Whitehurst is accepted by the Court, pursuant to the provisions of Fed. R. Crim. P. 11, and he is adjudged guilty of the offense charged in Count One of the Indictment filed against him.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of October, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT